

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2023

No. 04-22-00396-CR

Juan **DE LOS SANTOS-SALAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR0415
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant's brief originally was due on November 3, 2022. Appellant was granted two extensions, the latest until January 4, 2023. On January 5, 2023, appellant's appointed attorney, Ms. Nancy Knox-Bierman, filed a brief that violates Texas Rule of Appellate Procedure 38.1 in that it either contains no citations to the record or the citations are incorrect because they are cites to the clerk's record and not the reporter's record. *See* TEX. R. APP. P. 38.1(d), (g), (i).

It is therefore ORDERED that the brief filed by appellant is STRICKEN from our record. It is FURTHER ORDERED that Ms. Knox-Bierman file an amended brief in compliance with the Texas Rules of Appellate Procedure **no later than January 19, 2023** or this appeal will be subject to abatement to the trial court. *See* TEX. R. APP. P. 38.8(b).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2023.



Michael A. Cruz,
Clerk of Court